IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER JACKSON,<br><br>                Plaintiff,<br><br>vs.<br><br>BUFFALO COUNTY, NATHAN R. AREHART, STATE OF NEBRASKA, and KEARNEY POLICE DEPARTMENT,<br><br>                Defendants. | 8:23CV551<br><br>ORDER |

This matter is before the Court on its own motion. On December 27, 2023, the Clerk of the Court received correspondence from the Buffalo County Jail indicating Plaintiff was released from custody on December 16, 2023. *See* Filing No. 6. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address by **January 29, 2024**. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to send a copy of this Order to Plaintiff at the address on file with the Court and to the following address: 1115 I Ave. Apt. 18, Kearney, NE 68847.[1]

3. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **January 29, 2024**: check for address.

---

[1] *See* Filing No. 6 at 2.

Dated this 29th day of December, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge