IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER JACKSON,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BUFFALO COUNTY, NATHAN R. AREHART, STATE OF NEBRASKA, and KEARNEY POLICE DEPARTMENT,<br><br>　　　　　　　　Defendants. | 8:23CV551<br><br>**MEMORANDUM AND ORDER** |

　　　　On December 29, 2023, the Court ordered Plaintiff to update his address with the Court within 30 days or face dismissal of this action. Filing No. 7. To date, Plaintiff has not updated his address or taken any other action in this matter.

　　　　IT IS THEREFORE ORDERED that:

　　　　1.　　This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

　　　　2.　　Plaintiff's pending Motion for Leave to Proceed in Forma Pauperis, Filing No. 2, is denied as moot.

　　　　3.　　The Clerk of the Court is directed to send a copy of this Order and the separate Judgment to Plaintiff at the address on file with the Court and to the following address: 1115 I Ave. Apt. 18, Kearney, NE 68847.

2

Dated this 5th day of February, 2024.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Judge

2